IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANDON TROY SHOWELL, | : |
| Plaintiff, | : |
| v. | : Civ. No. 18-1723-LPS |
| TOVAR QUINTERO, et al., | : |
| Defendants. | : |

---

| | |
|---|---|
| BRANDON T. SHOWELL, | : |
| Plaintiff, | : |
| v. | : Civ. No. 19-624-LPS |
| DELAWARE STATE TROOP 4 AND 5, et al., | : |
| Defendants. | : |

## MEMORANDUM ORDER

At Wilmington this ____ day of October, 2019,

Plaintiff Brandon Troy Showell ("Plaintiff") has filed two lawsuits that contain identical or similar allegations against many of the same Defendants. The cases are Civ. No. 18-1723-LPS and 19-624-LPS. In the filings, Plaintiff raises excessive force and other claims related to his June 5, 2018 arrest all in violation of his civil rights pursuant to 42 U.S.C. § 1983. In each case, Plaintiff proceeds *pro se* and has been granted *in forma pauperis* status.

Federal Rule of Civil Procedure 42 provides for consolidation "[w]hen actions involv[e] a common question of law or fact . . . to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a). "District courts have the inherent authority to order consolidation *sua sponte*." *Plimpton v. Cooper*, 141 F. Supp. 2d 573, 575 (W.D. N.C. 2001)(citing *Pickle v. Char Lee Seafood, Inc.*, 174 F.3d 444 (4th Cir.

1

1999)). Both complaints concern common questions of law and fact. (*See* Civ. No. 18-1723-LPS at D.I. 1 and D.I. 8; Civ. No. 19-624-LPS at D.I. 1) The Court has reviewed the complaints and will consolidate them to more effectively manage Plaintiff's actions.

IT IS THEREFORE ORDERED that:

1. Civil Action Nos. 18-1723-LPS and 19-624-LPS are **CONSOLIDATED** for all purposes.

2. The caption of the Consolidated Action is as follows:

---

BRANDON TROY SHOWELL, :
:
Plaintiff, :
: **CONSOLIDATED**
v. : Civ. No. 18-1723-LPS
:
TOVAR QUINTERO, et al., :
:
Defendants. :

---

3. The operative pleading filed in Civil Action No. 18-1723-LPS at D.I. 1 and D.I. 8 and the complaint filed in Civil Action No. 19-624-LPS at D.I. 1, together, will stand as the complaint in this Consolidated Action

4. All documents previously filed to date in the cases consolidated herein are deemed filed and are part of the record in the Consolidated Action.

5. Hereafter, court pleadings and documents shall be filed **only** in Consolidated Civil Action No. 18-1723-LPS. The Court will not accept pleadings filed in Civil Action No. 19-624-LPS.

6. This consolidated action is **stayed** as set forth in the September 30, 2019 order entered in Civ. No. 18-1723-LPS at D.I. 14.

7.    On or before **December 31, 2019,** Plaintiff shall advise the Court of the status of his criminal proceedings related to the June 5, 2018 incident. Plaintiff is placed on notice that his failure to do so will result in dismissal of the consolidated case without prejudice.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE

3